No. 2560. Alvarez, Apelado, *v.* Jiménez et al., Apelante.—Corte de Distrito de Humacao.  Cobro de crédito refaccionario.  Resuelto en febrero 9, 1922.  Por los fundamentos de los casos de *Rivera* v. *Vargas,* 17 D. P. R. 1220 y *Roig* v. *Pérez,* 27 D. P. R. 302, la moción del apelado se declara con lugar y se desestima la apelación.

No. 1867. El Pueblo, Apelado, *v.* Meléndez, Apelante. Corte de Distrito de Arecibo.  Acometimiento grave.  Resuelto en febrero 10, 1922.  No existe pliego de excepciones, ni relación de hechos y tampoco hay alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 1864. El Pueblo, Apelado, *v.* Cedeño, Apelante.— Corte de Distrito de Ponce.  Infracción a la ley de arbitrios.  Resuelto en febrero 10, 1922.  No existe pliego de excepciones, relación de hechos ni alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 1873. El Pueblo, Apelado, *v.* García, Apelante.— Corte de Distrito de San Juan, Primer Distrito.  Alterar la paz.  Resuelto en febrero 13, 1922.  No existe pliego de excepciones, relación de hechos ni alegato y no apareciendo de los autos, error fundamental alguno, se confirma la sentencia.

No. 2668. Aguirre, Apelante, *v.* Gasco et al., Apeladas.—Corte de Distrito de San Juan, Primer Distrito.  Daños y perjuicios.  Resuelto en febrero 16, 1922.  Vista la moción de la apelada para que se desestime la apelación, con la conformidad de la apelante, se declara con lugar y se desestima.